LON THOMAS *et al. v.* STATE.

No. A-717.   Opinion Filed July 18, 1910.

*Appeal from the District Court of Greer County; G. A. Brown, Judge.*

Lon Thomas and H. M. Gregson were jointly convicted of grand larceny, and they appeal. Appeal dismissed.

*C. C. Wells* and *C. G. Hornor,* for plaintiffs in error.

*Chas. West,* Atty. Gen., and *Smith C. Matson,* Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiffs in error have filed a motion to dismiss their appeal in this case, and the motion will be sustained.

It is therefore ordered that the appeal herein be and the same is hereby dismissed at the cost of plaintiffs in error; and that a mandate issue to the district court of Greer county directing said court to enforce its judgment herein.